MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5595
    Facsimile: (408) 535-5066
    joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 09-00930 EJD |
|     Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ) ORDER CONTINUING HEARING DATE |
|     v. | ) |
| MYRA HOLMES, | ) |
|     Defendant. | ) |

       This matter is currently set for a status conference on August 20, 2012. In light of recent

discussions between the parties as well as scheduling issues, the parties now jointly request that

this matter be continued a week until August 27, 2012.

       In light of the above, the parties agree, and the Court finds and holds, as follows:

1.    The current August 20, 2012 hearing date is hereby vacated.

2.    This matter is set for a status conference on August 27, 2012, at 1:30 p.m.

3.    The time between August 20, 2012 and August 27, 2012 is excluded under the Speedy

Trial Act. The parties agree that the failure to grant the requested continuance would

unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).


SO STIPULATED:

DATED: _____8/1/12_____          _____/s/_____
                                 MANUEL ARAUJO
                                 Assistant Federal Public Defender


DATED: _____8/1/12_____          _____/s/_____
                                 JOSEPH FAZIOLI
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: _August 2, 2012_          _____
                                 EDWARD J. DAVILA
                                 UNITED STATES DISTRICT JUDGE