| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | DIANA A. GARRIDO |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street |
| | Suite 575 |
| 4 | San Jose, CA 95113 |
| | Telephone: (408) 291-7753 |
| 5 | |
| | Counsel for Defendant HOLMES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00930 EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RE: BRIEFING SCHEDULE |
| vs. | ) | |
| | ) | |
| MYRA HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Myra Holmes, by and through Assistant Federal Public Defender Diana A. Garrido, and the United States, by and through Assistant United States Attorneys Joseph Fazioli and Grant Fondo, hereby stipulate that, with the Court's approval, the briefing schedule for the defendant's motion to dismiss, which is set to be heard on Monday, January 28, 2013 at 3 p.m., shall be as follows:

Defendant's motion shall be filed no later than Thursday, January 3, 2013;

Government's response shall be filed no later than Wednesday, January 16, 2013;

Stipulation and [Proposed] Order
No. CR 09-00930 EJD                 1

Defendant's reply, if any, shall be filed no later than Wednesday, January 23, 2013.

Time has previously been excluded through and including February 25, 2013.

IT IS SO STIPULATED.

Dated: December 17, 2012

           _____/s/_____
DIANA A. GARRIDO
Assistant Federal Public Defender

Dated: December 17, 2012

           _____/s/_____
JOSEPH FAZIOLI
Assistant United States Attorney

Dated: December 17, 2012

           _____/s/_____
GRANT FONDO
Assistant United States Attorney

1 [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule for the defendant's motion to suppress shall be as follows:

Defendant's motion shall be filed no later than Thursday, January 3, 2013;

Government's response shall be filed no later than Wednesday, January 16, 2013;

Defendant's reply, if any, shall be filed no later than Wednesday, January 23, 2013.

IT IS SO ORDERED.

Dated: 12/18/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge