1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOSEPH FAZIOLI (CABN 275564)
   GRANT FONDO (CABN 181530)
5  Assistant United States Attorneys

6    150 Almaden Boulevard, Suite 900
     San Jose, California 95113
7    Telephone: (408) 535-5595
     Facsimile: (408) 535-5066
8    joseph.fazioli@usdoj.gov

9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00930 EJD |
| Plaintiff, ) | STIPULATION FOR PRE-TRIAL BRIEFING SCHEDULE, RESCHEDULING PRETRIAL CONFERENCE TO FEBRUARY 11, 2013, AT 3:00 P.M.; [PROPOSED] ORDER |
| v. ) | |
| MYRA HOLMES, ) | |
| Defendant. ) | Trial Date: February 25, 2013 |

The United States, by and through Assistant United States Attorneys Joseph Fazioli and Grant Fondo, and Defendant Myra Holmes, by and through Assistant Federal Defender Diana A. Garrido, hereby request and stipulate as follows:

1. The parties' pretrial conference, currently scheduled for February 4, 2013, be rescheduled to February 11, 2013, at 3:00 p.m. The parties are not requesting a change in the February 25, 2012, trial date.

2. The parties' pretrial filings, including motions in limine and those identified in Criminal Local Rule 17.1, shall be filed no later than January 29, 2013.

*Stip. Re Pretrial Conference; Proposed Order*
CR 09-00930 EJD                    1

1 | 3. Any opposition to motions in limine shall be filed no later than February 5, 2013.
2 |
3 | IT IS SO STIPULATED.
4 |
5 | DATED: December 21, 2012    MELINDA HAAG
                                United States Attorney
6 |
7 |                             _____/s/_____
                                JOSEPH FAZIOLI
8 |                             GRANT FONDO
                                Assistant United States Attorneys
9 |
10 |
    DATED: December 21, 2012
11 |
12 |                            _____/s/_____
                                DIANA A. GARRIDO
                                Assistant Federal Public Defender
13 |
14 | ////
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

*Stip. Re Pretrial Conference; Proposed Order*
CR 09-00930 EJD                                 2

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | |
| 3 | For good cause shown and based upon the stipulation of the parties, IT IS HEREBY |
| 4 | ORDERED that: |
| 5 | 1. The parties' pretrial conference, currently scheduled for February 4, 2013, is rescheduled |
| 6 | to February 11, 2013, at 3:00 p.m.; |
| 7 | 2. The parties' pretrial filings, including motions in limine and those identified in Criminal |
| 8 | Local Rule 17.1, including motions in limine, exhibit lists, and witness lists, shall be filed no |
| 9 | later than January 29, 2013; and |
| 10 | 3. Any opposition to motions in limine shall be filed no later than February 5, 2013. |

DATED: 12/28/2012

EDWARD J. DAVILA
United States District Judge