MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
GRANT FONDO (CABN 181530)
Assistant United States Attorneys

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5595
  Facsimile: (408) 535-5066
  joseph.fazioli@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00930 EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR BRIEFING |
| | ) | SCHEDULE REGARDING |
| v. | ) | DEFENDANT'S MOTION FOR A NEW |
| | ) | TRIAL; [PROPOSED] ORDER |
| MYRA HOLMES, | ) | |
| | ) | Hearing Date: July 1, 2013 |
| Defendant. | ) | Time:      1:30 p.m. |
| _____ | ) | |

     The United States, by and through Assistant United States Attorneys Joseph Fazioli and

Grant Fondo, and Defendant Myra Holmes, by and through Assistant Federal Defender Diana A.

Garrido, hereby request and stipulate as follows:

     1.  On April 2, 2013, defendant filed a motion for new trial. Pursuant to Local Rules, the

government's reply is due April 9, 2013. The hearing on defendant's motion for new trial is

scheduled for July 1, 2013.

     2.  The government recently ordered certain transcripts in relation to the trial, which have yet

to be completed by the Court Reporter.

3. The parties' therefore have agreed to the following remaining briefing schedule regarding defendant's motion for a new trial:

(a) The Government's opposition is due no later than April 30, 2013; and

(b) The defendant's reply to the Government's opposition is due no later than May 31, 2013.

IT IS SO STIPULATED.

DATED:  April 10, 2013                                    MELINDA HAAG
                                                          United States Attorney


                                                          _____/s/_____
                                                          JOSEPH FAZIOLI
                                                          GRANT FONDO
                                                          Assistant United States Attorneys


DATED: April 10, 2013


                                                          _____/s/_____
                                                          DIANA A. GARRIDO
                                                          Assistant Federal Public Defender

////

///

///

///

///

///

///

///

///

///

///

*Stip. Re Briefing Schedule for New Trial; Proposed Order*

[PROPOSED] ORDER

For good cause shown and based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Government's opposition to defendant's motion for a new trial is due no later than April 30, 2013; and

2. The defendant's reply to the Government's opposition is due no later than May 31, 2013.

DATED: _____4/11/2013_____

_____
EDWARD J. DAVILA
United States District Judge