IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00930 EJD |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AS MODIFIED BY THE COURT |
| vs. | ) ) | |
| MYRA HOLMES, | ) ) | |
| Defendant. | ) ) | |

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the date set for hearing on the defense's Motion for New Trial, and/or sentencing, shall be continued from July 1, 2013, to August 19, 2013, at 1:30 p.m.

Dated: June 21, 2013

_____
EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Continue Hearing Date
CR 09-00930 EJD      1